IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:25-CV-1119-L** |
| **ALTO EXPERIENCE, INC.,** | § § § | |
| Defendant. | § § | |

## ORDER

Before the court is Plaintiff Equal Employment Opportunity Commission's ("EEOC") Unopposed Motion for Stay and Extension with Request for Expedited Ruling ("Motion") (Doc. 41), filed October 1, 2025. Plaintiff EEOC requests the court stay this case for the duration of the shutdown and extend all deadlines for the same duration as the shutdown. The court **grants** the Motion and **stays** this case until the EEOC's funding is restored and all pending deadlines in this action will be extended for the same number of days as the EEOC's lapse in funding. The EEOC must notify the court in writing when the Government reopens and submit an Amended Scheduling Order.

**It is so ordered** this 2nd day of October, 2025.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Solo Page